STATE OF CONNECTICUT *v.* ANTHONY VELEZ

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 347 (AC 29283), is denied.

*Alice Osedach,* assistant public defender, in support of the petition.

*Melissa L. Streeto,* assistant state's attorney, in opposition.

Decided May 6, 2009

MARIO SAUNDERS *v.* COMMISSIONER OF CORRECTION

The petitioner Mario Saunders' petition for certification for appeal from the Appellate Court, 113 Conn. App. 474 (AC 29313), is denied.

*Mary H. Trainer,* special public defender, in support of the petition.

*Timothy F. Costello,* deputy assistant state's attorney, in opposition.

Decided May 6, 2009